In the Matter of the Accounting of ISABEL NICHOLS, as Executrix of LEO P. BURROWS, Deceased, Respondent.

RALPH E. PRIME, JR., et al., as Trustees under the Will of RALPH E. PRIME, Deceased, Appellants.

Submitted June 18, 1941; decided October 9, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 540.)

In the Matter of the Accounting of NATIONAL CITY BANK OF NEW YORK et al., as Executors of H. HARDCASTLE PENNOCK, Deceased.

CONSTANCE L. PENNOCK et al., Infants, Appellants; CAROL H. PENNOCK et al., Respondents.

Submitted July 29, 1941; decided October 9, 1941.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 285 N. Y. 475.)